JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO HIDALDO FLORES, | ) Case No. EDCV11-0840-CJC (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| IMMIGRATION AND NATURALIZATION SERVICE, HOMELAND SECURITY, | ) ) ) |
| Respondent. | ) |

    In accordance with the Order re Dismissal of Action for Failure to Prosecute filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, for failure to prosecute.

DATED: April 16, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE